JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TORREL ALEXIS, )
                   Plaintiff, )
  -v- )     Case No. SACV11-1416 DOC(RNBx)
ALLIED INTERSTATE INC., )
                   Defendants. )     ORDER DISMISSING CIVIL ACTION

    The Court having been advised on October 24, 2011 by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: October 25, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge