JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORREL ALEXIS,                )<br>                               )<br>     Plaintiff,              )<br>                               )<br>   -v-                         )<br>                               )<br>ALLIED INTERSTATE INC.,        )<br>                               )<br>     Defendants.             )<br>_____) | Case No. SACV11-1416 DOC(RNBx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised on October 24, 2011 by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

DATED: October 25, 2011

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge